FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 18 2017

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | FILED UNDER SEAL |
| | § | |
| v. | § | CAUSE NO. 4:17-CR- 09 |
| | § | Judge Crone |
| THEODORE WILLIAM TAYLOR (1) | § | |
| a/k/a Tad Taylor | § | |
| CHIA JEAN LEE (2) | § | |
| a/k/a Chia Lee Taylor | § | |

## NOTICE OF CASE ASSOCIATION

The United States of America hereby gives written notice to the Court and the Clerk that this case is related to the following cases:

- U.S. v. Wade, 4:16-CR-140 (**Judge Crone**)
- U.S. v. Niamatali et al., 4:13-CR-176 (**Judge Crone**)
- U.S. v. $21,615 in U.S. Currency et al, 4:12-CV-402 (**Judge Schell**) (stayed civil forfeiture matter related to the instant criminal case)

Accordingly, the Government respectfully requests that this case be assigned to the Honorable District Judge Marcia Crone in keeping with General Order 92-15.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

/s/ Stevan A. Buys
_____
STEVAN A. BUYS
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24033653
Telephone: 903/868-9454
Facsimile: 903/892-2792
stevan.buys@usdoj.gov