| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 4:17-CR-09-MAC |
| | § | |
| THEODORE WILLIAM TAYLOR (1) | § | |
| CHIA JEAN LEE (2) | | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred Defendants' Joint Motion to Dismiss for Improper Venue and Brief in Support (#31) to United States Magistrate Judge Christine A. Nowak, for hearing, consideration, and a recommended disposition (#38). Judge Nowak issued her Report and Recommendation on September 20, 2017 (#40). The magistrate judge recommended that the court deny Defendants' Joint Motion to Dismiss for Improper Venue.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Christine A. Nowak (#40) is **ADOPTED**.

It is, therefore, **ORDERED** that Defendants' Joint Motion to Dismiss for Improper Venue and Brief in Support (#31) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 16th day of October, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE