IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. 4:17-CR-9 |
| § | Judge Crone |
| THEODORE WILLIAM TAYLOR (1) § | |
| CHIA JEAN LEE (2) § | |

## NOTICE OF INTENT TO OFFER EVIDENCE UNDER FEDERAL RULE OF EVIDENCE 404(b)

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice under Federal Rule of Evidence 404(b) of the Government's intent to offer the following evidence at trial:

1. Evidence relating to Defendant Theodore William Taylor's licensure status and disciplinary history with the Texas Medical Board.

The Government believes this evidence is admissible on other grounds, including because it is "intrinsic to" and "inextricably intertwined with" the unlawful acts described in the Indictment. However, as a precautionary measure, and in the alternative, the Government provides notice of its intent to offer the evidence under Rule 404(b) as well. The Government previously produced that evidence to Defendants in discovery.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


/s/ Stevan A. Buys
STEVAN A. BUYS
Assistant United States Attorney
Texas Bar No. 24033653
600 East Taylor, Suite 2000
Sherman, Texas 75090
Telephone: 903/868-9454
Facsimile: 903/892-2792
stevan.buys@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2018, a true and correct copy of the foregoing document was electronically filed and that counsel of record will receive a copy thereof via the District Clerk's CM/ECF system.

/s/ Stevan A. Buys
STEVAN A. BUYS