IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CAUSE NO. 4:17-CR-9 |
| | § | Judge Crone |
| THEODORE WILLIAM TAYLOR (1) | § | |
| CHIA JEAN LEE (2) | § | |

## GOVERNMENT'S EXHIBIT LIST

| NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
| --- | --- | --- | --- | --- | --- |
| 1 | Susannah Herkert / Business Records Affidavit | Taylor clinic patient files | | | |
| 2 | Susannah Herkert | Select redacted Taylor clinic patient files | | | |
| 3 | Susannah Herkert / Business Records Affidavit | Taylor clinic Bookkeeping records | | | |
| 4 | Susannah Herkert / Business Records Affidavit | Taylor clinic Appointment Status Reports | | | |
| 5 | Susannah Herkert | Controlled substance schedules graphic | | | |
| 6 | Susannah Herkert | Indicted controlled substances graphic | | | |
| 7 | Susannah Herkert | Investigative red flags graphic | | | |
| 8 | Susannah Herkert | Summary chart of voluminous Prescription Monitoring Program records | | | |
| 9 | Susannah Herkert | Summary chart of voluminous Prescription Monitoring Program records | | | |
| 10 | Susannah Herkert | Summary chart of voluminous Prescription Monitoring Program records | | | |
| 11 | Susannah Herkert | Summary chart of voluminous Prescription Monitoring Program records | | | |
| 12 | Susannah Herkert | Summary chart of voluminous Prescription Monitoring Program records | | | |
| 13 | | **RESERVED** | | | |
| 14 | Susannah Herkert | Summary chart of Taylor clinic patient files – positive drug tests | | | |
| 15 | Susannah Herkert | Taylor clinic fee schedule | | | |
| 16 | Susannah Herkert | Summary chart of voluminous Prescription Monitoring Program records | | | |
| 17 | Susannah Herkert | Patient warning letters and related documents from Taylor clinic patient files | | | |
| 18 | Susannah Herkert | Rules on Pain Medicine from Taylor clinic | | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | Susannah Herkert | Notice on Codeine Cough Syrup from Taylor clinic | | | |
| 20 | Susannah Herkert | Drug treatment contract from Taylor clinic | | | |
| 21 | Susannah Herkert | Warning to Opiate and Benzodiazepine patients from Taylor clinic | | | |
| 22 | Susannah Herkert | Correspondence from Theodore W. Taylor | | | |
| 23 | Susannah Herkert | Correspondence from Theodore W. Taylor | | | |
| 24 | Susannah Herkert | Correspondence from Theodore W. Taylor | | | |
| 25 | Susannah Herkert | Correspondence from Theodore W. Taylor and related patient file documents | | | |
| 26 | Susannah Herkert | Correspondence from Theodore W. Taylor | | | |
| 27 | Susannah Herkert | Correspondence from Richardson Hospital Authority to Theodore W. Taylor | | | |
| 28 | Susannah Herkert | Correspondence from Theodore W. Taylor to Richardson Hospital Authority | | | |
| 29 | Susannah Herkert / Business Records Affidavit / Patrick Knue | Prescription Drug Monitoring Program records for Theodore W. Taylor | | | |
| 30 | Michelle Murawsky | Correspondence to Theodore W. Taylor | | | |
| 31 | Nick Bristow | Recording of Sept. 23, 2011, undercover meeting | | | |
| 32 | Nick Bristow | Transcript of Exhibit 30 | | | |
| 33 | Nick Bristow | Excerpts from Exhibit 30 | | | |
| 34 | Nick Bristow | Sept. 23, 2011, prescription for controlled substances | | | |
| 35 | Nick Bristow | Sept. 23, 2011, Taylor clinic receipt | | | |
| 36 | Nick Bristow | Recording of Oct. 26, 2011, undercover meeting | | | |
| 37 | Nick Bristow | Transcript of Exhibit 36 | | | |
| 38 | Nick Bristow | Excerpts from Exhibit 36 | | | |
| 39 | Nick Bristow | Oct. 26, 2011, Taylor clinic receipt | | | |
| 40 | Nick Bristow | Oct. 26, 2011, prescription for controlled substances | | | |
| 41 | Nick Bristow | Hydrocodone pills | | | |
| 42 | Nick Bristow | Hydrocodone pills | | | |
| 43 | Nick Bristow | Xanax pills | | | |
| 44 | Nick Bristow | Hydrocodone pills | | | |
| 45 | Nick Bristow | Xanax pills | | | |
| 46 | Nick Bristow | Lisinopril pills | | | |
| 47 | Nick Bristow | Pharmacy bags and receipts | | | |
| 48 | Nick Bristow | Recording of Dec. 8, 2011, undercover meeting | | | |
| 49 | Nick Bristow | Transcript of Exhibit 48 | | | |
| 50 | Nick Bristow | Excerpts of Exhibit 48 | | | |
| 51 | Nick Bristow | Dec. 8, 2011, Taylor clinic receipt | | | |
| 52 | Nick Bristow | Dec. 8, 2011, prescription for controlled substances | | | |
| 53 | Tanisha Washington | Recording of Sept. 23, 2011, undercover meeting | | | |
| 54 | Tanisha Washington | Transcript of Exhibit 53 | | | |
| 55 | Tanisha Washington | Excerpts from Exhibit 53 | | | |
| 56 | Tanisha Washington | Sept. 23, 2011, Taylor clinic receipt | | | |
| 57 | Tanisha Washington | Sept. 23, 2011, prescription for controlled substances | | | |

| # | Witness | Description | | | |
|---|---|---|---|---|---|
| 58 | Tanisha Washington | Recording of Oct. 26, 2011, undercover meeting at Taylor's clinic | | | |
| 59 | Tanisha Washington | Transcript of Exhibit 58 | | | |
| 60 | Tanisha Washington | Excerpts from Exhibit 58 | | | |
| 61 | Tanisha Washington | Oct. 26, 2011, prescription and clinic receipt for controlled substances | | | |
| 62 | | **RESERVED** | | | |
| 63 | | **RESERVED** | | | |
| 64 | Stipulation / Public Records Affidavit | Texas Medical Board records regarding Theodore W. Taylor | | | |
| 65 | Carol Hill | Recording of Dec. 8, 2011, undercover meeting | | | |
| 66 | Carol Hill | Transcript of Exhibit 65 | | | |
| 67 | Carol Hill | Excerpts of Exhibit 65 | | | |
| 68 | Carol Hill | Dec. 8, 2011, Taylor clinic receipt | | | |
| 69 | Carol Hill | Dec. 8, 2011, prescription for controlled substances | | | |
| 70 | Carol Hill | Recording of Jan. 11, 2012, undercover meeting | | | |
| 71 | Carol Hill | Transcript of Exhibit 70 | | | |
| 72 | Carol Hill | Excerpts of Exhibit 70 | | | |
| 73 | Carol Hill | Jan. 11, 2012, Taylor clinic receipt | | | |
| 74 | Carol Hill | Jan. 11, 2012, prescription for controlled substances | | | |
| 75 | Carol Hill | Money counter seized from Taylor clinic | | | |
| 76 | Carol Hill | Pre-signed prescriptions seized from Taylor clinic | | | |
| 77 | Carol Hill | DEA regulations governing prescribing controlled substances from Taylor clinic | | | |
| 78 | Carol Hill | Bank checks seized from Taylor clinic | | | |
| 79 | Alyssa Keith | Family photograph | | | |
| 80 | Chris Woolbright | Clinic bank records from Defendants' residence | | | |
| 81 | Chris Woolbright | Clinic bank records from Defendants' residence | | | |
| 82 | Chris Woolbright | Clinic records from Defendants' residence | | | |
| 83 | Chris Woolbright | Clinic records from Defendants' residence | | | |
| 84 | Chris Woolbright | Clinic records from Defendants' residence | | | |
| 85 | Chris Woolbright / Business Records Affidavit | Recording of Chia Jean Lee's visit to United Central Bank on Feb. 2, 2012 | | | |
| 86 | Chris Woolbright | Excerpts of Exhibit 85 | | | |
| 87 | Chris Woolbright | Recording of Chia Jean Lee's visit to United Central Bank on Feb. 3, 2012 | | | |
| 88 | Chris Woolbright | Excerpts of Exhibit 87 | | | |
| 89 | Chris Woolbright | Still photographs of Recording of Chia Jean Lee's visit to United Central Bank on Feb. 3, 2012 | | | |
| 90 | Chris Woolbright / Business Records Affidavit | Defendants' safe deposit box lease at United Central Bank | | | |
| 91 | Joel Dunn | DEA Registration Voluntary Surrender form | | | |
| 92 | Joel Dunn | DEA Immediate Suspension form | | | |
| 93 | Joel Dunn | Documents provided to DEA during interview of Theodore W. Taylor on Feb. 2, 2011 | | | |

| #   | Witness                          | Description                                                        |   |   |   |
| --- | -------------------------------- | ------------------------------------------------------------------ | - | - | - |
| 94  | David Gardner                    | Summary chart of voluminous Taylor clinic Bookkeeping records      |   |   |   |
| 95  | David Gardner                    | Summary chart of voluminous Taylor clinic records                  |   |   |   |
| 96  | David Gardner                    | Summary chart of voluminous Taylor clinic records                  |   |   |   |
| 97  | David Gardner / Chris Woolbright | Financial records and deposit slips from Defendants' residence     |   |   |   |
| 98  | David Gardner                    | Financial records from Taylor clinic                               |   |   |   |
| 99  | David Gardner                    | Clinic expansion plans from Taylor clinic                          |   |   |   |
| 100 | David Gardner / Chris Woolbright | Financial records from Defendants' residence                       |   |   |   |
| 101 | David Gardner                    | Financial records from Taylor clinic                               |   |   |   |
| 102 | David Gardner                    | Summary chart of voluminous PMP records                            |   |   |   |
| 103 | David Gardner                    | Summary chart of voluminous Taylor clinic records                  |   |   |   |
| 104 | Chris Woolbright                 | Photographs taken at Defendants' residence on Feb. 2, 2011         |   |   |   |
| 105 | Carol Hill                       | Photographs taken at Taylor clinic on Feb. 2, 2011                 |   |   |   |
| 106 | Susannah Herkert                 | Document from Taylor clinic                                        |   |   |   |
| 107 |                                  |                                                                    |   |   |   |
| 108 |                                  |                                                                    |   |   |   |
| 109 |                                  |                                                                    |   |   |   |
| 110 |                                  |                                                                    |   |   |   |

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


/s/ Stevan A. Buys
STEVAN A. BUYS
Assistant United States Attorney
Texas Bar No. 24033653
600 East Taylor, Suite 2000
Sherman, Texas 75090
Telephone: 903/868-9454
Facsimile: 903/892-2792
stevan.buys@usdoj.gov

JONATHAN R. HORNOK
Assistant United States Attorney
Utah State Bar No. 15166
500 North Stateline Avenue, Suite 402
Texarkana, Texas 75501
(903) 794-9481
(903) 792-5164 (fax)
Jonathan.Hornok@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was electronically filed *via* the District Court's Case Management/Electronic Case File system on September 24, 2018, from which all parties of record will receive an electronic copy thereof.

/s/ Stevan A. Buys
STEVAN A. BUYS