IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CAUSE NO. 4:17-CR-9 |
| | § | Judge Crone |
| THEODORE WILLIAM TAYLOR (1) | § | |
| CHIA JEAN LEE (2) | § | |

## GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | ADM |
| --- | --- | --- |
| 1 | Taylor clinic patient files | 10/2/18 |
| 2 | Select redacted Taylor clinic patient files | 10/2/18 |
| 3 | Taylor clinic Bookkeeping records | 10/2/18 |
| 4 | Taylor clinic Appointment Status Reports | 10/2/18 |
| 5 | Controlled substance schedules graphic | 10/1/18 |
| 6 | Indicted controlled substances graphic | 10/1/18 |
| 7 | | |
| 8 | Summary chart of voluminous Prescription Monitoring Program records | 10/2/18 |
| 9 | Summary chart of voluminous Prescription Monitoring Program records | 10/2/18 |
| 10 | Summary chart of voluminous Prescription Monitoring Program records | 10/2/18 |
| 11 | Summary chart of voluminous Prescription Monitoring Program records | 10/2/18 |
| 12 | Summary chart of voluminous Prescription Monitoring Program records | 10/2/18 |
| 13 | | |
| 14 | Summary chart of Taylor clinic patient files – positive drug tests | 10/2/18 |
| 15 | Taylor clinic fee schedule | 10/2/18 |
| 16 | | |
| 17 | Patient warning letters and related documents from Taylor clinic patient files | 10/2/18 |
| 18 | Rules on Pain Medicine from Taylor clinic | 10/2/18 |
| 19 | Notice on Codeine Cough Syrup from Taylor clinic | 10/2/18 |
| 20 | | |
| 21 | Warning to Opiate and Benzodiazepine patients from Taylor clinic | 10/2/18 |
| 22 | Correspondence from Theodore W. Taylor | 10/2/18 |
| 23 | Correspondence from Theodore W. Taylor | 10/2/18 |
| 24 | Correspondence from Theodore W. Taylor | 10/2/18 |
| 25 | Correspondence from Theodore W. Taylor and related patient file documents | 10/2/18 |
| 26 | Correspondence from Theodore W. Taylor | 10/2/18 |
| 27 | Correspondence from Richardson Hospital Authority to Theodore W. Taylor | 10/2/18 |
| 28 | Correspondence from Theodore W. Taylor to Richardson Hospital Authority | 10/2/18 |
| 29 | Prescription Drug Monitoring Program records for Theodore W. Taylor | 10/2/18 |
| 30 | Correspondence to Theodore W. Taylor | 10/2/18 |

| | | |
|---|---|---|
| 31 | | |
| 32 | | |
| 33 | Excerpts from Exhibit 30 | 10/3/18 |
| 34 | Sept. 23, 2011, prescription for controlled substances | 10/3/18 |
| 35 | Sept. 23, 2011, Taylor clinic receipt | 10/3/18 |
| 36 | | |
| 37 | | |
| 38 | Excerpts from Exhibit 36 | 10/3/18 |
| 39 | Oct. 26, 2011, Taylor clinic receipt | 10/3/18 |
| 40 | Oct. 26, 2011, prescription for controlled substances | 10/3/18 |
| 41 | Hydrocodone pills | 10/3/18 |
| 42 | Hydrocodone pills | 10/3/18 |
| 43 | Xanax pills | 10/3/18 |
| 44 | Hydrocodone pills | 10/3/18 |
| 45 | Xanax pills | 10/3/18 |
| 46 | Lisinopril pills | 10/3/18 |
| 47 | Pharmacy bags and receipts | 10/3/18 |
| 48 | | |
| 49 | | |
| 50 | Excerpts of Exhibit 48 | 10/3/18 |
| 51 | Dec. 8, 2011, Taylor clinic receipt | 10/3/18 |
| 52 | Dec. 8, 2011, prescription for controlled substances | 10/3/18 |
| 53 | | |
| 54 | | |
| 55 | Excerpts from Exhibit 53 | 10/3/18 |
| 56 | Sept. 23, 2011, Taylor clinic receipt | 10/3/18 |
| 57 | Sept. 23, 2011, prescription for controlled substances | 10/3/18 |
| 58 | | |
| 59 | | |
| 60 | Excerpts from Exhibit 58 | 10/3/18 |
| 61 | Oct. 26, 2011, prescription and clinic receipt for controlled substances | 10/3/18 |
| 62 | | |
| 63 | | |
| 64 | Texas Medical Board records regarding Theodore W. Taylor | 10/2/18 |
| 65 | | |
| 66 | | |
| 67 | Excerpts of Exhibit 65 | 10/3/18 |
| 68 | Dec. 8, 2011, Taylor clinic receipt | 10/3/18 |
| 69 | Dec. 8, 2011, prescription for controlled substances | 10/3/18 |
| 70 | | |
| 71 | | |
| 72 | Excerpts of Exhibit 70 | 10/3/18 |
| 73 | Jan. 11, 2012, Taylor clinic receipt | 10/3/18 |
| 74 | Jan. 11, 2012, prescription for controlled substances | 10/3/18 |
| 75 | Money counter seized from Taylor clinic | 10/3/18 |

| | | |
|---|---|---|
| 76 | Pre-signed prescriptions seized from Taylor clinic | 10/3/18 |
| 77 | DEA regulations governing prescribing controlled substances from Taylor clinic | 10/3/18 |
| 78 | Bank checks seized from Taylor clinic | 10/4/18 |
| 79 | | |
| 80 | Clinic bank records from Defendants' residence | 10/5/18 |
| 81 | Clinic bank records from Defendants' residence | 10/5/18 |
| 82 | Clinic records from Defendants' residence | 10/5/18 |
| 83 | Clinic records from Defendants' residence | 10/5/18 |
| 84 | Clinic records from Defendants' residence | 10/5/18 |
| 85 | Recording of Chia Jean Lee's visit to United Central Bank on Feb. 2, 2012 | 10/5/18 |
| 86 | Excerpts of Exhibit 85 | 10/5/18 |
| 87 | Recording of Chia Jean Lee's visit to United Central Bank on Feb. 3, 2012 | 10/5/18 |
| 88 | Excerpts of Exhibit 87 | 10/5/18 |
| 89 | Still photographs of Recording of Chia Jean Lee's visit to United Central Bank on Feb. 3, 2012 | 10/5/18 |
| 90 | Defendants' safe deposit box lease at United Central Bank | 10/5/18 |
| 91 | DEA Registration Voluntary Surrender form | 10/5/18 |
| 92 | DEA Immediate Suspension form | 10/5/18 |
| 93 | Documents provided to DEA during interview of Theodore W. Taylor on Feb. 2, 2011 | 10/5/18 |
| 94 | Summary chart of voluminous Taylor clinic Bookkeeping records | 10/5/18 |
| 95 | Summary chart of voluminous Taylor clinic records | 10/5/18 |
| 96 | Summary chart of voluminous Taylor clinic records | 10/5/18 |
| 97 | Financial records and deposit slips from Defendants' residence | 10/5/18 |
| 98 | Financial records from Taylor clinic | 10/5/18 |
| 99 | Clinic expansion plans from Taylor clinic | 10/5/18 |
| 100 | Financial records from Defendants' residence | 10/5/18 |
| 101 | Financial records from Taylor clinic | 10/5/18 |
| 102 | Summary chart of voluminous PMP records | 10/5/18 |
| 103 | Summary chart of voluminous Taylor clinic records | Page 1 |
| 104 | Photographs taken at Defendants' residence on Feb. 2, 2011 | 10/5/18 |
| 105 | Photographs taken at Taylor clinic on Feb. 2, 2011 | 10/4/18 |
| 106 | Document from Taylor clinic | 10/2/18 |