# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF____ __Texas__

**DEFENDANT EXHIBIT LIST**

UNITED STATES  v.  THEODORE TAYLOR (1)
CHIA JEAN LEE (2)

## CASE NO.   4:17cr9

| PRESIDING JUDGE Marcia A. Crone | GOVERNMENT'S ATTORNEY Stevan Buys, Jonathan Hornok | DEFENDANT'S ATTORNEY Joe Kendall, Jeffery King |
|---|---|---|
| date(s): 10/1/18 - 10/10/18 | COURT REPORTER Lori Barnett | COURTROOM DEPUTY Bonnie Sanford |

| DEF 1 TAYLOR NO. | DEF 2 LEE NO. | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 15 | | for record purposes only | Rules of Conduct for the Jury |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |